JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND and BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiffs,<br>v.<br><br>GOLDEN WEST ENVELOPE CORPORATION, a California corporation,<br><br>Defendant. | CASE NO. 2:20-cv-05102-MWF (Ex)<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>**ORDER ON STIPULATION REGARDING SETTLEMENT AND ENTRY OF CONSENT JUDGMENT** |

IT IS ORDERED that the Parties' Stipulation Regarding Settlement and Entry of Consent Judgment ("Stipulation") be entered. The Court retains jurisdiction over the Parties at their request in order to enforce the terms of the Stipulation.

Dated: August 25, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge