UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 20-05102-MWF (Ex)             **Date:** November 15, 2024

**Title:** GCIU-Employer Retirement Fund, et al v. Golden West Envelope Corporation

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| --- | --- |
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| --- | --- |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE

On August 24, 2021, the Parties filed a Joint Stipulation Regarding Settlement and Entry of Consent Judgment ("Stipulation"). (Docket No. 24). The Court entered the Stipulation on August 25, 2021, and retained jurisdiction over the Parties, at their request, in order to enforce the terms of the Stipulation. (Docket No. 25).

On November 14, 2024, Plaintiffs GCIU-Employer Retirement Fund and Board of Trustees of the GCIU-Employer Retirement Fund (collectively, "Plaintiffs") filed an Application for Judgment Pursuant to the Stipulation (the "Application") on the grounds that Defendant Golden West Envelope Corporation failed to comply with the terms of the Stipulation. (Docket No. 26). Specifically, Plaintiffs allege that Defendant has failed to remit monthly installments to Plaintiffs as scheduled under the Parties' settlement agreement. (*Id.* at 2). As a result, Plaintiffs request judgment in the total amount of $1,605,101.55 plus $351.00 per day after November 14, 2024, through the date of the entry of the judgment.

Defendant is now **ORDERED TO SHOW CAUSE** ("OSC"), in writing, by no later than **November 25, 2024**, why Plaintiffs should not be granted the requested relief. Defendant is warned that failure to respond to the OSC by **November 25, 2024**, will result in the Application being granted. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.

---

**CIVIL MINUTES—GENERAL**             1