# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GCIU-EMPLOYER RETIREMENT FUND and BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,

        Plaintiffs,

   v.

GOLDEN WEST ENVELOPE CORPORATION, a California corporation,

        Defendant.

CASE NO. 2:20-cv-05102-MWF (Ex)

**CONSENT JUDGMENT**

Upon agreement by and between the GCIU-Employer Retirement Fund and the Board of Trustees of the GCIU-Employer Retirement Fund (collectively "the Fund"), on the one hand, Golden West Envelope Corporation, a California corporation ("Golden West"), on the other hand, and pursuant to the terms of a Stipulation Regarding Settlement and Entry of Consent Judgment (the "Stipulation") entered into by and between the Fund and Golden West; and

WHEREAS, by the terms of a settlement agreement entered into by the Fund and Golden West, Golden West agreed to make payments to the Fund over the course of approximately 223 months from final execution of the settlement agreement in full settlement of the Fund's claims against it;

WHEREAS, by the terms of the Stipulation, Golden West also agreed that any of the following occurrences shall constitute a Default under its settlement agreement with the Fund and Stipulation, but only after Golden West receives written notice and is given an opportunity to cure and has failed to cure said Default as provided below:

      (a)  the failure to tender any payment due pursuant to this Stipulated Agreement by its date due as outlined herein;

1

CONSENT JUDGMENT

1   (b) the failure of any payment due pursuant to this Stipulated Agreement

2   (in whole or in part) to clear at the Fund's financial institution which

3   failure is attributable to Golden West; and/or

4   (c) payments (in whole or in part) due under this Stipulated Agreement are

5   required to be returned or turned over to Golden West, and/or or a third-

6   party pursuant to an Order of a court of competent jurisdiction.

7   WHEREAS, Golden West defaulted under the Stipulation and its settlement

8   agreement with the Fund by virtue of the failure to tender any payment due pursuant to

9   this Stipulated Agreement by its date due as outlined herein;

10  WHEREAS, Golden West was provided an opportunity to cure such Default

11  consistent with the terms of the Stipulation; and

12  WHEREAS, more than five (5) business days have passed since Golden West

13  received written notice of the Default as provided for in the Stipulated Agreement and

14  Golden West has not fully cured its Default;

15  WHEREAS, by the terms of the Stipulated Agreement, upon Uncured Default, the

16  Fund is entitled to judgment against Golden West as follows:

17  (a) On Plaintiffs' First Cause of Action, a judgment against Defendant, and on

18  behalf of Plaintiffs, pursuant to § 4301(b) of ERISA, 29 U.S.C. § 1451(b), for:

19  (i)    Withdrawal liability in the amount of $1,514,808;

20  (ii)   Interest at the prevailing market rate pursuant to § 4219(c)(6) of

21  ERISA, 29 U.S.C. § 1399(c)(6); and

22  (iii)  Plaintiffs' reasonable attorneys' fees and costs pursuant to

23  §502(g)(2)(D) of ERISA, 29 U.S.C. § 1132(g)(2)(D).

24  (b) On Plaintiffs' Second Cause of Action, judgment against the Defendant, and

25  on behalf of Plaintiffs for $56.38 in interest, $173.20 in liquidated damages,

26  and $2,433.40 in audit costs.

27  (c) On Plaintiffs' Third Cause of Action, a judgment against the Defendant for,

28  and on behalf of Plaintiffs for:

2

(i)    $378.89 in underpaid total minimum annual contributions for the period of January 1, 2018 through March 31, 2018;

(ii)    Judgment against the Defendant for (1) interest at the rate of ten percent (10%) per annum until paid; (2) the greater of interest on the underpaid contributions or liquidated damages equal to twenty percent (20%) of those delinquent contributions; and

(iii)    Plaintiffs' reasonable attorneys' fees and costs pursuant to §502(g)(2)(D) of ERISA, 29 U.S.C. § 1132(g)(2)(D).

(d) On Plaintiffs' Fourth Cause of Action, a judgment against the Defendant for, and on behalf of Plaintiffs for $26.08 in liquidated damages and in interest.

less than the total amounts paid by Golden West to date; and

WHEREAS, to date, Golden West has made a total payment of $29,018.70 to the Fund;

**NOW, THEREFORE, Judgment is hereby entered in favor of the GCIU-Employer Retirement Fund and the Board of Trustees of the GCIU-Employer Retirement Fund and against Golden West Envelope Corporation, in the amount of $1,605,101.55** *(plus $351.00 per day after November 14, 2024, through entry of judgment).*

IT IS SO ORDERED.

Dated: November 27, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

3

CONSENT JUDGMENT